AO 93 (Rev. 5/85) Search Warrant

# United States District Court

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

1029 2ND STREET
CALEXICO, CA  92231

**SEARCH WARRANT**

CASE NUMBER: '07 MJ 8993

FILED
DEC 2 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: ENRIQUE TORREGROSA and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____ ENRIQUE TORREGROSA _____ who has reason to
                                                        Affiant

believe that ☐ on the person of or ☑ on the premises known as (name, description and/or location)

REFER TO ATTACHMENT A

in the _____ SOUTHERN District of CALIOFRNIA _____ there is now concealed a certain person or property, namely (describe the person or property)

REFER TO ATTACHMENT B

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _____ 12-28-07 _____
                                                           Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search  (in the daytime--6:00 A.M. to 10:00 P.M.) (~~at any time in the day or night~~ as I find reasonable cause has been established), and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____ PETER C. LEWIS _____
as required by law.                                                        U.S. Judge or Magistrate

12-18-07 @ 8:47 a.m.                 at    EL CENTRO, CA
Date and Time Issued                         City and State

PETER C. LEWIS, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer              Signature of Judicial Officer

AO 93 (Rev. 2/90) Search Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>12/19/07 | DATE AND TIME WARRANT EXECUTED<br>12/19/07 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>On living room sofa |
| INVENTORY MADE IN THE PRESENCE OF   Special Agents Joe Morquecho / Chad Worsen |||

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

- Approximately 500 miscellaneous documents
- 1 bag of cellular phones and chargers
- 1 bag with 2 broken glass pipes
- Miscellaneous photos, id's, and Immigration and Naturalization documents
- Various bank statements and utility bills
- 1 red backpack filled with miscellaneous documents
- 1 notebook.
- Seized the 2 children named in the search warrant.

## CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date

_[signature]_                    12-20-07

U.S. Judge or Magistrate                    Date

## ATTACHMENT A

### Description of the Property and Premises to be Searched

### 1029 2nd Street, Calexico, California 92231

The premises located at 1029 2nd Street, Calexico, California, 92331, including the residence, all rooms, attics, basements, garages, storage areas, safes, briefcases, containers, trash areas, trash containers, surrounding grounds, vehicles and outer buildings of any kind located thereon. The residence is described as follows:

A white stucco one story single-family detached residence with brown tile trim. The doors of the residences face the East toward Andrade Street. The numbers "1029" are affixed and visible in large black numbers on the southernmost wall of the house visible to 2nd Street in Calexico, California. The house is located on the northern side of 2nd Street and Andrade Street.

As well as all vehicles located within the property boundaries, and parked on the street that have been determined to be associated to the residence.

## ATTACHMENT B

### Description of Items to Be Seized

### 1029 2nd Street, Calexico, California 92231

1. Israel Aquino-Andrade, three year old, and Dalila Aquino-Andrade, two year old, and information constituting evidence of the commission of a criminal offense, and information that is and has been used as the means for committing a criminal offense. The specific criminal offense involved is violation of Title 8, United States Code, Sections 1324 Aiding and Abating an Illegal Alien. The items to be seized include the items described below:

    a. Passports, altered or fraudulent identification and immigration documents, various forms of United States Government evidence of fraudulent documentation; passports and U. S. Government documentation evidencing alienage; correspondence, domestic and foreign, evidencing alien-smuggling arrangements; airline/airfare tickets; names of arrangers of alien smuggling; lists containing names of smuggled aliens along with their destination and fees paid or to be paid; registrations and titles of vehicles used in the smuggling and transporting of illegal aliens; financial records and bank statements recording the receipt of money from smuggling, cellular telephones and chargers, telephone tolls of calls, documents and receipts evidencing temporary lodging of illegal aliens; documents showing possession, dominion, and/or control of said premises, including canceled mail, keys, rent receipts, utility bills, deeds, leases and photographs; property of smuggled aliens in the form of wallets, purses, suitcases, tote bags, and clothing; checks, money-orders, and money order receipts as well as U.S. and foreign currency;

    b. Articles of personal property evidencing the existence of a conspiracy to harbor and transport illegal aliens, including personal telephone/address books, notebooks/notepads, and papers and documents consisting of lists of names, telephone numbers and/or direct connect numbers;

    c. Documents and articles showing the identity of persons occupying, possessing, or controlling the residence to be searched;

    d. Maps, travel itineraries, addresses, or destinations;

    e.    Cellular telephones, pagers, and portable radios used by GARCIA and AQUINO and other conspirators to further the trafficking of illegal aliens; and

    f.    Proceeds of alien smuggling to include: cash, bank deposit receipts, bank statements, and other financial records evidencing money related to the transporting of illegal aliens into the United States from Mexico by GARCIA and AQUINO or other conspirators.